UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        26cv656 (DLC)
                                         :
                          Plaintiff,     :        Order
          -v-                            :
                                         :
STATE PAINTING & DECORATING CO., INC.,   :
et al.,                                  :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

This action was filed on January 26, 2026 against defendants State Painting & Decorating Co., Inc. ("State Painting") and Stephen M. Wolf. State Painting was served on January 29 and its deadline to answer the complaint was February 19. State painting has not appeared in this action. Accordingly, it is hereby

ORDERED that the plaintiff shall by **March 9, 2026,** file any motion for default judgment against State Painting. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on State Painting, and shall file proof of such service on ECF on or before **March 13, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held at the pretrial conference on **March 27, 2026** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of State Painting to appear will result in a default or a default judgment.

Dated:     New York, New York
           March 2, 2026

                                   _____
                                   DENISE COTE
                                   United States District Judge