UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA,                  :         26cv656 (DLC)
                                           :
                          Plaintiff,       :         Order
              -v-                          :
                                           :
STATE PAINTING & DECORATING CO., INC.,     :
et al.,                                    :
                                           :
                          Defendants.      :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

Having received the plaintiff's letter of March 25, 2026, it is hereby

ORDERED that the plaintiff shall by **April 6, 2026,** file any motion for default judgment against the defendants. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendants and shall file proof of such service on ECF on or before **April 9, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held on **April 24, 2026** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to appear will result in a default or a default judgment.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **March 27, 2026** is adjourned sine die.

Dated:      New York, New York
            March 26, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge

2