UNITED STATES DISTRICT COURT      CASE NO. 1:26-cv-00656-DLC
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
                    Plaintiff,

    -against-

State Painting & Decorating Co., Inc.,
Stephen M. Wolf aka Stephen Wolf

              Defendants

---

### DEFAULT JUDGMENT

Plaintiff United States of America's motion for a default judgment is granted in its entirety.
Accordingly, on this ___24th___ day of April, 2026 it is

ORDERED and ADJUDGED THAT: A default judgment be and hereby is entered in favor of the United States of America and against the Defendants State Painting & Decorating Co., Inc., with offices at 228 East 45th St, #1802, New York, NY 10017 and Stephen M. Wolf aka Stephen Wolf residing at 50 Sutton Place South, unit 14F, New York, NY 10022 for the following sums:

Loan No.: 79897850-05

Principal: $184,441.75

Accrued interest through March 25, 2026: $105,061.74

Additional per diem interest @ $41.69 through April 24, 2026: $1,209.01

Loan No:82634250-08

Principal: $304,561.72

Interest through March 25, 2026: $171,344.33

Additional per diem interest @ $68.84 through April 24, 2026: $1,996.36

Total judgment: $768,614.91, plus interest pursuant to 28 U.S.C. § 1961, and that Plaintiff have execution thereon.

Dated: _April 24, 2026_                  _____
                                         Honorable Denise L. Cote